IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN H. MORLEY, JR.,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| v. | : | **NO. 20-4591** |
| **U.S. DEPARTMENT OF THE NAVY,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this  27th  day of September, 2021, upon consideration of Defendant Brett Burroughs's First and Second Motions to Dismiss (ECF Nos. 7 and 11), Plaintiff's Response in Opposition (ECF No. 12), and Defendant's Reply Brief in Further Support (ECF No. 13, Ex. A), **IT IS HEREBY ORDERED AND DECREED** that the Motions to Dismiss are **GRANTED**. Plaintiff's claims against Defendant Burroughs are **DISMISSED WITH PREJUDICE**.[1]

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order Accompanies the Court's Memorandum dated September 27, 2021.